tiorari granted, 458 U. S. 1105.] Motion of respondents for divided argument granted.

No. 81–1282. NATIONAL ORGANIZATION FOR WOMEN, INC., ET AL. v. IDAHO ET AL., *ante*, p. 809; and

No. 81–1312. CARMEN, ADMINISTRATOR OF GENERAL SERVICES v. IDAHO ET AL., *ante*, p. 809. Motion of appellees to retax costs denied.

No. 81–1284. EICKE v. EICKE. Ct. App. La., 3d Cir. [Certiorari granted, 456 U. S. 970.] The parties are directed to file within 30 days supplemental memoranda addressing the Parental Kidnaping Prevention Act, 28 U. S. C. § 1738A (1976 ed., Supp. IV), and its effect on the case pending before this Court. Oral argument in this case, presently scheduled for December 6, 1982, is postponed and the case of *United States* v. *Knotts,* No. 81–1802 [certiorari granted, 457 U. S. 1131], is set for oral argument in its stead.

No. 81–1463. UNITED STATES v. HASTING ET AL. C. A. 7th Cir. [Certiorari granted, 456 U. S. 971.] Motion for appointment of counsel granted, and it is ordered that Paul Victor Esposito, Esquire, of Chicago, Ill., be appointed to serve as counsel for respondent Gable D. Gibson in this case.

No. 81–1889. PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK v. MID-LOUISIANA GAS CO. ET AL.;

No. 81–1958. ARIZONA ELECTRIC POWER COOPERATIVE, INC. v. MID-LOUISIANA GAS CO. ET AL.;

No. 81–2042. MICHIGAN v. MID-LOUISIANA GAS CO. ET AL.; and

No. 82–19. FEDERAL ENERGY REGULATORY COMMISSION v. MID-LOUISIANA GAS CO. ET AL. C. A. 5th Cir. [Certiorari granted, *ante*, p. 820.] Motion of the parties to dispense with printing the joint appendix granted. Motion of Public Utilities Commission of California et al. for leave to file a brief as *amici curiae* granted.

No. 81–1891. MORRISON-KNUDSEN CONSTRUCTION CO. ET AL. v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION